UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF LOUISIANA

―――――――――――――――――――――― x
ANNE WHITE HAT, RAMON MEJÍA, KAREN  :
SAVAGE, SHARON LAVIGNE, HARRY :
JOSEPH, KATHERINE AASLESTAD, PETER :
AASLESTAD, THEDA LARSON WRIGHT, :
ALBERTA LARSON STEVENS, JUDITH :
LARSON HERNANDEZ, RISE ST. JAMES, 350  :  Civil Action No. 19-cv-322-JWD-EWD
NEW ORLEANS, and LOUISIANA BUCKET :
BRIGADE, :
               Plaintiffs, :
 :
v. :

JEFF LANDRY, in his official capacity as
Attorney General of Louisiana; BO DUHÉ, in
his official capacity as District Attorney of the
16th Judicial District Attorney's Office;
RONALD J. THERIOT, in his official
capacity as Sheriff of St. Martin Parish,,

               Defendant.
―――――――――――――――――――――― x

## MOTION FOR PRO HAC VICE ATTORNEY ADMISSION
## OF ASTHA SHARMA POKHAREL

PLEASE TAKE NOTICE THAT, Plaintiffs ANNE WHITE HAT, RAMON MEJÍA, KAREN SAVAGE, SHARON LAVIGNE, HARRY JOSEPH, KATHERINE AASLESTAD, PETER AASLESTAD, THEDA LARSON WRIGHT, ALBERTA LARSON STEVENS, JUDITH LARSON HERNANDEZ, RISE ST. JAMES, 350 NEW ORLEANS, and LOUISIANA BUCKET BRIGADE, will move this Court, at a date and time to be set by the Court, for an Order pursuant to Rule 83.8 of the Local Rules of Civil Practice of the United States District Court for the Middle District of Louisiana, admitting Astha Sharma Pokharel, of the law firm Center for Constitutional Rights, *pro hac vice* to participate as counsel for Plaintiffs in this case.

This motion is supported by (1) the Declaration of Astha Sharma Pokharel, (2) a Certificate of Good Standing. The requisite fee in the amount of $100.00 is being submitted concurrently herewith. Additionally, a Proposed Order permitting Ms. Sharma Pokharel to appear in this matter is attached.

Dated: June 25, 2019

                                                Respectfully submitted,

By:    /s/ Pamela Spees

        Pamela Spees
        Center for Constitutional Rights
        666 Broadway, 7th Floor
        New York, NY 10012
        Tel. (212) 614-6431
        Fax: (212) 614-6499
        pspees@ccrjustice.org