# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANNE WHITE HAT, RAMON MEJÍA, KAREN SAVAGE, SHARON LAVIGNE, HARRY JOSEPH, KATHERINE AASLESTAD, PETER AASLESTAD, THEDA LARSON WRIGHT, ALBERTA LARSON STEVENS, JUDITH LARSON HERNANDEZ, RISE ST. JAMES, 350 NEW ORLEANS, and LOUISIANA BUCKET BRIGADE, | Civil Action No. 6:20-cv-00983<br><br>JUDGE ROBERT R. SUMMERHAYS<br><br>MAGISTRATE JUDGE<br>CAROL B. WHITEHURST |
| *Plaintiffs*, | |
| v. | |
| BECKET BREAUX, in his official capacity as Sheriff of St. Martin Parish; BOFILL DUHÉ, in his official capacity as District Attorney of the 16th Judicial District Attorney's Office; ELIZABETH MURRILL, in her official capacity as Attorney General of Louisiana, | |
| *Defendants*. | |

## PLAINTIFFS' NOTICE OF APPEAL

Pursuant to Fed. R. App. P. 3(a)(1), ALL PLAINTIFFS respectfully provide notice of their appeal to the United States Court of Appeals for the Fifth Circuit from this Court's Judgment of March 28, 2024 (ECF No. 140), and Corrected Memorandum Ruling, dated April 5, 2024 (ECF No. 141), denying Plaintiffs' Motion to Reconsider and granting summary judgment in favor of Defendants under Rules 56(a) and 56(f) and dismissing Plaintiffs' First Amendment and Due Process claims with prejudice.

Pursuant to Fed. R. App. P. 4(a)(1)(B), the time for appeal began running upon entry of the District Court's Judgment on March 28, 2024 (ECF No. 140).

Respectfully submitted on April 22, 2024.

                                          s/Pamela C. Spees
                                          PAMELA C. SPEES
                                          La. Bar Roll No. 29679
                                          Center for Constitutional Rights
                                          666 Broadway, 7th Floor
                                          New York, NY 10012
                                          Tel and Fax: (212) 614-6431
                                          pspees@ccrjustice.org

                                          WILLIAM QUIGLEY
                                          La. Bar Roll No. 7769
                                          Loyola University College of Law
                                          7214 St. Charles Avenue
                                          New Orleans, LA 70118
                                          Tel. (504) 710-3074
                                          Fax (504) 861-5440
                                          quigley77@gmail.com

                                          *Attorneys for Plaintiffs-Appellants*

## CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that on April 22, 2024, this motion was served via the Court's CM/ECF Document Filing System on all counsel of record.
.

                                          s/Pamela C. Spees
                                          Pamela C. Spees