# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
May 8, 2024
Lyle W. Cayce
Clerk

No. 24-30272

_____

Anne White Hat; Ramon Mejia; Karen Savage; Sharon Lavigne; Harry Joseph; Katherine Aaslestad; Peter Aaslestad; Theda Larson Wright; Alberta Larson Stevens; Judith Larson Hernandez; RISE St. James; 350 New Orleans; Louisiana Bucket Brigade,

*Plaintiffs—Appellants*,

*versus*

Jeff Landry, *in his official capacity as Attorney General of Louisiana*; M. Bofill Duhe, *in his official capacity as District Attorney of the 16th Judicial District Attorney's Office*; Becket Breaux, *in his official capacity as Sheriff of St. Martin Parish*,

*Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 6:20-CV-983

_____

ORDER:

IT IS ORDERED that Appellants' unopposed motion to substitute John Lambertson as the personal representative of Appellant Katherine Aaslestad who is now deceased, as party to this appeal is GRANTED.

No. 24-30272

_____
CORY T. WILSON
*United States Circuit Judge*

# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 08, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-30272   White Hat v. Landry
                     USDC No. 6:20-CV-983

Enclosed is an order entered in this case.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                By: _____
                                Roeshawn Johnson, Deputy Clerk
                                504-310-7998

Mr. Glenn B. Adams
Mr. Ralph Roger Alexis III
Mr. Daniel J. McCoy
Mr. Patrick B. McIntire
Mr. Corey D. Moll
Ms. Elizabeth Baker Murrill
Mr. William P. Quigley
Ms. Pamela Carol Spees

P.S. to Counsel: A revised copy of the caption is enclosed for future filings.

Case No. 24-30272

Anne White Hat; Ramon Mejia; Karen Savage; Sharon Lavigne; Harry Joseph; John Lambertson; Peter Aaslestad; Theda Larson Wright; Alberta Larson Stevens; Judith Larson Hernandez; RISE St. James; 350 New Orleans; Louisiana Bucket Brigade,

    Plaintiffs - Appellants

v.

Jeff Landry, in his official capacity as Attorney General of Louisiana; M. Bofill Duhe, in his official capacity as District Attorney of the16th Judicial District Attorney's Office; Becket Breaux, in his official capacity as Sheriff of St. Martin Parish,

    Defendants - Appellees