# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

September 24, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-30272   White Hat v. Murrill
                      USDC No. 6:20-CV-983

The court has granted an extension of time to and including October 25, 2024 for filing a reply brief in this case.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Rebecca Andry, Deputy Clerk
                        504-310-7638

Mr. Glenn B. Adams
Mr. Jorge Benjamin Aguinaga
Mr. Ralph Roger Alexis III
Mr. Baher Azmy
Mr. Daniel J. McCoy
Mr. Patrick B. McIntire
Mr. Corey D. Moll
Ms. Elizabeth Baker Murrill
Ms. Autumn Hamit Patterson
Mr. William P. Quigley
Ms. Astha Sharma Pokharel
Ms. Pamela Carol Spees