# United States Court of Appeals

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
Suite 115
**NEW ORLEANS, LA 70130**

October 16, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 24-30272    White Hat v. Murrill
                           USDC No. 6:20-CV-983

The court has denied the appellants' motion to file two reply briefs in this case.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Roeshawn Johnson, Deputy Clerk
                              504-310-7998

Mr. Glenn B. Adams
Mr. Jorge Benjamin Aguinaga
Mr. Ralph Roger Alexis III
Mr. Baher Azmy
Mr. Daniel J. McCoy
Mr. Patrick B. McIntire
Mr. Corey D. Moll
Ms. Elizabeth Baker Murrill
Ms. Autumn Hamit Patterson
Mr. William P. Quigley
Ms. Astha Sharma Pokharel
Ms. Pamela Carol Spees