# United States Court of Appeals

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 02, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 24-30272    White Hat v. Murrill
                         USDC No. 6:20-CV-983

The court has granted an extension of time to and including July 21, 2025 for filing a petition for rehearing in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: /s/ Amanda M. Duroncelet
Amanda M. Duroncelet, Deputy Clerk

Mr. Glenn B. Adams
Mr. Jorge Benjamin Aguinaga
Mr. Ralph Roger Alexis III
Mr. Baher Azmy
Mr. Daniel J. McCoy
Mr. Patrick B. McIntire
Mr. Corey D. Moll
Ms. Elizabeth Baker Murrill
Mr. William P. Quigley
Ms. Astha Sharma Pokharel
Ms. Pamela Carol Spees